Dismissed and Memorandum Opinion filed January 20, 2005









Dismissed and Memorandum Opinion filed January 20,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00820-CV

____________

 

JOAN LOFTUS,
Appellant

 

V.

 

VERA
BRANDENBURG, Appellee

 



 

On Appeal from the
County Court
at Law

Waller County, Texas

Trial Court Cause No.
P04-01

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 20, 2004, in the
Estate of John H. Brandenburg, Deceased. 
On January 10, 2005, appellant filed a motion to dismiss the appeal
because the case has been settled.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 20, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.